ORIGINAL

RECEIVED
OCT 20 2023
PRO SE OFFICE

NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

________________________________________X

OWEN MARLON ALEXANDER,

Plaintiff:

v.

ANDREEA GLEESON

TUNECORE INC. — NOTICE OF APPEAL

DR. PHILLIP NICHOLS — Docket No. 1:23-cv-05663-PKC-RER

NEW YORK CITY & THE DEPARTMENT OF HOMELESS SERVICES

THE OFFICE OF THE OMBUDSMAN

ARIEL VARGAS

ACACIA NETWORK

LYMARIS ALBORS

JASMILKA GONZALEZ

ASHELY MARRERO

HAMMOND JOHN

REANAINA THOMAS

CLARA GARCIA

BRENDA ROSEN

THOMAS WASHINGTON

FELICESADE BRANT

DAVIDSON HEADLEY

KELLNER, HERLIHY, GETTY & FRIEDMAN, LLP

LYNN VAIRO

NATASHA PAYSON

KEREN MORALES

CHRISTOPHER WRAY

NEW YORK CITY & THE DEPARTMENT OF JUSTICE

MICHAEL WEISBERG

CHERY J. GONZALEZ

DEBRA KAPLAN

BRIAN M. COGAN

MONIQUE GUIRY

KATHY HOCHUL

THE ROMAN CATHOLIC CHURCH & THE VATICAN POPE SEE / SEA

ARCBISHOP CHRISTOPHE PIERRE, APOTOLIC NUNCIO

MERLYN CECILIA ALEXANDER

MEHBOOB AHEMED

Defendants:

_______________________________________________X

Notice is hereby given that OWEN MARLON ALEXANDER hereby appeals to the United States Court of Appeals for the Second Circuit from the decision made by Judge Pamela K. Chen, entered in this action on the 4th day of October, 2023. As soon thereafter as counsel can be heard, for an order to Rule 27 of the Federal Rules of procedure.

Granting such order and further reconsideration as well as relief that may be just and proper.

Owen Marlon Alexander

OWEN MARLON ALEXANDER,

P.O. BOX 1049

NEW YORK, NEW YORK, 10163

347-785-7015

10/18/2023

Date: October 18th 2023

PATRICK A ONAPHIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ON5078990
Qualified in Bronx County
My Commission Expires June 02. ~~2023~~ 2027

APPEAL,IFP,NPROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23−cv−05663−PKC−RER

Alexander v. Gleeson et al
Assigned to: Judge Pamela K. Chen
Referred to: Magistrate Judge Ramon E. Reyes, Jr
related Cases: 1:18−cv−01433−BMC−RER
1:20−cv−05114−BMC−RER
Cause: 28:1331 Fed. Question

Date Filed: 07/24/2023
Date Terminated: 10/06/2023
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Owen Marlon Alexander** represented by **Owen Marlon Alexander**
P.O. Box 1049
New York, NY 10163
347−785−7015
PRO SE

V.

**Defendant**

**Andreea Gleeson**

**Defendant**

**TuneCore Inc.**

**Defendant**

**Devon Roach**

**Defendant**

**Padlock Records**

**Defendant**

**Dr. Phillip Nichols**

**Defendant**

**Facebook**

**Defendant**

**Instagram**

**Defendant**

**Whats App**

**Defendant**

**Youtube**

**Defendant**

**Ariel Vargas**

**Defendant**

**Molly Wasow Parks**

**Defendant**

**New Rock City**

**<u>Defendant</u>**
**Department of Homeless Service**

**<u>Defendant</u>**
**Office of Ombybsman**

**<u>Defendant</u>**
**Lymaris Albors**

**<u>Defendant</u>**
**Jasmilka Gonzalez**

**<u>Defendant</u>**
**Ashely Marrero**

**<u>Defendant</u>**
**Hammond John**

**<u>Defendant</u>**
**Renaiya Thomas**

**<u>Defendant</u>**
**Clara Garcia**

**<u>Defendant</u>**
**Acacia Network Super 8**

**<u>Defendant</u>**
**Brenda Rosen**

**<u>Defendant</u>**
**Thomas Washington**

**<u>Defendant</u>**
**Aaron R. McBryar**

**<u>Defendant</u>**
**Ana Fisher**

**<u>Defendant</u>**
**Dave Beer**

**<u>Defendant</u>**
**Felicesade Brandt**

**<u>Defendant</u>**
**Davidson Headley**

**<u>Defendant</u>**
**Breaking Ground/ Hegeman Avebue**
**Housing Limited Partnership**

**<u>Defendant</u>**

**Keisha Ashman**

**<u>Defendant</u>**

**Roy A. Becoat**

**<u>Defendant</u>**

**Jette Johnson**

**<u>Defendant</u>**

**Luna Malachowski Bajak**

**<u>Defendant</u>**

**Alyssa Wrinkle**

**<u>Defendant</u>**

**Marina Mule**

**<u>Defendant</u>**

**Krystle Barkley**

**<u>Defendant</u>**

**Joshua Flink**

**<u>Defendant</u>**

**Samuel Barton**

**<u>Defendant</u>**

**Camille Reyes**

**<u>Defendant</u>**

**Center for Urban Community Services (CUCS)**

**<u>Defendant</u>**

**Kellner, Herlihy, Getty & Friedman, LLP**

**<u>Defendant</u>**

**P.O. Angel Rodriguez**

**<u>Defendant</u>**

**City of New York Police Department/ 73 Precent**

**<u>Defendant</u>**

**Dr. Martin Brennan**

**<u>Defendant</u>**

**Dr. Robert Green**

**<u>Defendant</u>**

**Lynn Vairo**

**<u>Defendant</u>**

**Robert O. Strander**

**Defendant**

**Natasha Payson**

**Defendant**

**Program Development Services Inc.**

**Defendant**

**Christopher Wray**

**Defendant**

**Federal Bureau of Investigation**

**Defendant**

**Michael Weisberg**

**Defendant**

**Chery J. Gonzales**

**Defendant**

**Debra Kaplan**

**Defendant**

**Brian M. Cogan**

**Defendant**

**Monique Guidry**

**Defendant**

**Kathy Hochul**

**Defendant**

**Arcbishop Christophe Pierre, Apotolic Nuncio & The Roman Catholic Church**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2023 | 1 | COMPLAINT against All Defendants, filed by Owen Marlon Alexander. (Attachments: # 1 Complaint Part 2, # 2 Complaint Part 3, # 3 Complaint Part 4, # 4 Civil Cover Sheet) (SR) (Entered: 08/01/2023) |
| 07/24/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by Owen Marlon Alexander. (SR) (Entered: 08/01/2023) |
| 08/01/2023 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (SR) (Entered: 08/01/2023) |
| 08/07/2023 | 4 | ORDER: For the reasons stated in the attached Memorandum & Order, Plaintiff's 1 Complaint is dismissed for failure to comply with Fed. R. Civ. P. 8(a). Plaintiff is granted leave to amend the Complaint by September 6, 2023. Additionally, the Court grants Plaintiff's 2 Motion for Leave to Proceed in forma pauperis. Ordered by Judge |

| | | |
|---|---|---|
| | | Pamela K. Chen on 8/7/2023. (SK) (Entered: 08/07/2023) |
| 08/11/2023 | 5 | Letter MOTION for Extension of Time to Amend 1 Complaint *(Until 9/25/2023 and In response to the court's 4 order), filed* by Owen Marlon Alexander. (ML) (Entered: 08/11/2023) |
| 08/11/2023 | | ORDER granting Plaintiff's 5 Motion for Extension of Time to Amend his 1 Complaint. Plaintiff must file his Amended Complaint by 9/25/2023. Ordered by Judge Pamela K. Chen on 8/11/2023. (SK) (Entered: 08/11/2023) |
| 09/18/2023 | 6 | AMENDED COMPLAINT against Aaron R. McBryar, Acacia Network Super 8, Alyssa Wrinkle, Ana Fisher, Arcbishop Christophe Pierre, Apotolic Nuncio & The Roman Catholic Church, Ariel Vargas, Ashely Marrero, Breaking Ground/ Hegeman Avebue Housing Limited Partnership, Brenda Rosen, Brian M. Cogan, Camille Reyes, Center for Urban Community Services (CUCS), Chery J. Gonzales, Christopher Wray, City of New York Police Department/ 73 Precent, Clara Garcia, Dave Beer, Davidson Headley, Debra Kaplan, Department of Homeless Service, Devon Roach, Dr. Martin Brennan, Dr. Phillip Nichols, Dr. Robert Green, Facebook, Federal Bureau of Investigation, Felicesade Brandt, Andreea Gleeson, Hammond John, Instagram, Jasmilka Gonzalez, Jette Johnson, Joshua Flink, Kathy Hochul, Keisha Ashman, Kellner, Herlihy, Getty & Friedman, LLP, Krystle Barkley, Luna Malachowski Bajak, Lymaris Albors, Lynn Vairo, Marina Mule, Michael Weisberg, Molly Wasow Parks, Monique Guidry, Natasha Payson, New Rock City, Office of Ombybsman, P.O. Angel Rodriguez, Padlock Records, Program Development Services Inc., Renaiya Thomas, Robert O. Strander, Roy A. Becoat, Samuel Barton, Thomas Washington, TuneCore Inc., Whats App, Youtube, filed by Owen Marlon Alexander. (ML) (Entered: 09/19/2023) |
| 10/02/2023 | 7 | Letter dtd. 9/30/2023 from O. Alexander to Judge Chen, "regarding the filing of the second amended complaint and further advising he is awaiting some form of communication from the EPA to move forward." (See attached for details). (ML) (Entered: 10/03/2023) |
| 10/04/2023 | 8 | ORDER: For the reasons stated in the attached Memorandum and Order, Plaintiff's 6 Amended Complaint is dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is respectfully directed to enter judgment and close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore, *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444−−45 (1962). In light of the dismissal, Plaintiff's 7 letter is moot. Ordered by Judge Pamela K. Chen on 10/4/2023. (AMH) (Entered: 10/04/2023) |
| 10/06/2023 | 9 | CLERK'S JUDGMENT: ORDERED and ADJUDGED that Plaintiff's Amended Complaint is dismissed as frivolous, See 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 44445 (1962). Signed by Brenna B. Mahoney, Clerk of Court by J. Poveda, Deputy Clerk on 10/5/2023. c/m w−appeals packet as to Owen Marlon Alexander. (ML) (Entered: 10/06/2023) |
| 10/20/2023 | 10 | MOTION for Leave to Proceed in forma pauperis *for the Notice of Appeal* by Owen Marlon Alexander. (TT) (Entered: 10/20/2023) |
| 10/20/2023 | 11 | NOTICE OF APPEAL as to 8 Order Dismissing Case by Owen Marlon Alexander. (TT) (Entered: 10/20/2023) |
| 10/20/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 11 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (TT) (Entered: 10/20/2023) |
| 10/20/2023 | | ORDER: On October 4, 2023, this Court dismissed Plaintiff's 6 Amended Complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. 8 .) Judgment was entered on October 6, 2023. (Dkt. 9 .) On October 20, 2023, Plaintiff filed his 10 motion to proceed *in forma pauperis* on appeal. |

| | | |
|---|---|---|
| | | A Court may deny *in forma pauperis* status for an appeal if it finds that the appeal would not be taken in good faith and articulates such findings in writing. 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."). The standard for "good faith" in pursuing an appeal is objective. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962) ("We consider a defendant's good faith... demonstrated when he seeks appellate review of any issue not frivolous.").<br><br>Here, Plaintiff has failed to allege any facts suggesting that he has a plausible legal claim and the Court, in its previous 8 Order, denied *in forma pauperis* status for purposes of appeal. Accordingly, Plaintiff's 10 motion for leave to proceed *in forma pauperis* on appeal is denied without prejudice to his ability to seek the same relief in the United States Court of Appeals for the Second Circuit. *See Coppedge*, 369 U.S. at 445. Ordered by Judge Pamela K. Chen on 10/20/2023. (AH) (Entered: 10/20/2023) |
| 10/20/2023 | 12 | First MOTION to Reopen Case *filed* by Owen Marlon Alexander. (MLR) (Entered: 10/23/2023) |
| 10/24/2023 | | ORDER: The Court denies Plaintiff's 12 request for "reconsideration" pursuant to "Rule 27 of the Federal Rules of Civil procedure" (Dkt. 12 at 1) of the Court's 10/04/2023 Memorandum and Order dismissing Plaintiff's Amended Complaint as frivolous. (Dkt. 8.) Plaintiff provides no basis for reconsideration of that dismissal or for re−opening this matter, which remains closed. The Court further notes that Plaintiff has already noticed an appeal of the Court's dismissal order, and requested *in forma pauperis* status for that appeal, which the Court denied. (Dkts. 10, 11; 10/20/2023 Docket Order.) Accordingly, the Court will not respond to any further filings by Plaintiff in this matter. Ordered by Judge Pamela K. Chen on 10/24/2023. (AH) (Entered: 10/24/2023) |