**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four,

Present: Denny Chin,
Richard J. Sullivan,
Beth Robinson,

Circuit Judges,

---

Owen Marlon Alexander,

Plaintiff - Appellant,

v.

Andreea Gleeson, TuneCore Inc., Devon Roach, Padlock Records, Dr. Phillip Nichols, Facebook, Instagram, Whats App, Youtube, Ariel Vargas, Molly Wasow Parks, New Rock City, Department of Homeless Services, Office of the Ombudsman, Lymaris Albors, Jasmilka Gonzalez, Hammond John, Renaiya Thomas, Clara Garcia, Acacia Network Super 8, Brenda Rosen, Thomas Washington, Aaron R McBryar, Ana Fisher, Dave Beer, Felicesade Brandt, Davidson Headley, Breaking Ground/ Hegeman Avenue Housing Limited Partnership, Keisha Ashman, Roy A. Becoat, Jette Johnson, Luna Malachowski Bajak, Alyssa Wrinkle, Krystle Barkley, Joshua Flink, Samuel Barton, Camille Reyes, Center for Urban Community Services (CUCS), Kellner, Herlihy, Getty & Friedman, LLP, City of New York Police Department/ 73 Precinct, P.O. Angel Rodriguez, Dr. Martin Brennan, Dr. Robert Green, Lynn Vairo, Robert O. Strander, Natasha Payson, Program Development Services Inc., Christopher Wray, Federal Bureau of Investigation, Michael Weisberg, Chery J. Gonzales, Debra Kaplan, Brian M. Cogan, Monique Guidry, Kathy Hochul, Archbishop Christophe Pierre, Apotolic Nuncio & The Roman

**ORDER**
Docket No. 23-7565

Catholic Church,

Defendants - Appellees.

---

Appellant Owen Marlon Alexander having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

